**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Tuan Quoc DUONG, Defendant—
Appellant.**

No. 03–10066.

D.C. No. CR–01–00052–PJH.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 23, 2004.

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Steven F. Gruel, Asst. U.S. Atty., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff-Appellee.

Neil Rosenbaum, San Francisco, CA, for Defendant-Appellant.

Before FERNANDEZ, W. FLETCHER and TALLMAN, Circuit Judges.

MEMORANDUM**

Tuan Quoc Duong appeals his guilty-plea conviction and 30–month sentence for money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(ii). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Doung's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.